CLOSED, HLJ, JURY, MDL, TRANSO

**U.S. District Court**
**Eastern District of Arkansas (Little Rock)**
**CIVIL DOCKET FOR CASE #: 4:06-cv-01012-JLH**
**Internal Use Only**

Carter v. Davol Inc et al
Assigned to: Chief Judge J. Leon Holmes
Case in other court: Perry County Circuit Court, CV 06-00050
Cause: 28:1441 Petition for Removal- Product Liability

Date Filed: 08/21/2006
Date Terminated: 06/29/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Carolene Jean Carter** represented by **Callis L. Childs**
Attorney at Law
243 U.S. Highway 64 East
Conway, AR 72032
(501) 327-1700
Email: cchilds@tcworks.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David A. Hodges**
Attorney at Law
Centre Place
212 Center Street
Fifth Floor
Little Rock, AR 72201-2429
(501) 374-2400
Email: david@hodgeslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK
By Vicki Turner D.C.

V.

**Defendant**

**Davol Inc**
*a Rhode Island corporation* represented by **Dana Alan Gausepohl**
Spriggs & Hollingsworth
1350 I Street, N.W.
Ninth Floor
Washington, DC 20005
202-898-5800
Fax: 202-682-1639
Email: dgausepohl@spriggs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirby T. Griffis**
Spriggs & Hollingsworth
1350 I Street, N.W.
Ninth Floor
Washington, DC 20005
202-898-5800
Fax: 202-682-1639
Email: kgriffis@spriggs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lyn Peeples Pruitt**
Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C. - LR
425 West Capitol Avenue
Suite 1800
Little Rock, AR 72201
(501) 688-8869
Email: lpruitt@mwsgw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C R Bard Inc**
*a New Jersey corporation*

represented by **Dana Alan Gausepohl**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirby T. Griffis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lyn Peeples Pruitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Does**
*I through V*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/21/2006 | 1 | NOTICE OF REMOVAL by Davol Inc and C R Bard Inc from Perry County Circuit, case number CV 2006-50; Filing fee $350.00/receipt #LIT002131 (jap) (Entered: 08/23/2006) |
| 08/21/2006 | 2 | COMPLAINT with jury demand against Davol Inc and C R Bard Inc |

| | | |
|---|---|---|
| | | filed by Carolene Jean Carter(jap) (Entered: 08/23/2006) |
| 08/21/2006 | 3 | AFFIDAVIT as to unknown tortfeasors 2 Complaint by Carolene Jean Carter (jap) (Entered: 08/23/2006) |
| 08/21/2006 | | Set Flags re Magistrate, jury (jap) (Entered: 08/23/2006) |
| 08/24/2006 | | Attorney Joe G. Hollingsworth, Kirby T. Griffis and Dana Alan Gausepohl for Davol Inc and C R Bard Inc (jap) (Entered: 08/31/2006) |
| 08/25/2006 | 4 | MOTION for Leave to Appear Pro Hac *Defendants' Motion for Admission of Kirby T. Griffis and Dana Alan Gausepohl Pro Hac Vice* by Davol Inc, C R Bard Inc. (Pruitt, Lyn) (Entered: 08/25/2006) |
| 08/28/2006 | | ***Added Attorneys Kirby T. Griffis and Dana Alan Gausepohl for Davol Inc and C R Bard Inc. (vjt) (Entered: 08/28/2006) |
| 08/28/2006 | 5 | ORDER granting 4 motion for Kirby T. Griffis and Dana Alan Gausepohl to appear pro hac vice for defts C.R. Bard Inc and Davol Inc. Signed by Judge J. Leon Holmes on 8/28/06. (vjt) (Entered: 08/28/2006) |
| 08/28/2006 | 6 | CERTIFICATE OF MAILING by the Clerk re 5 Order on Motion for Leave to Appear (vjt) (Entered: 08/28/2006) |
| 08/28/2006 | 7 | *Answer and Affirmative Defenses of C.R. Bard, Inc. and Davol Inc.* ANSWER to Complaint with Jury Demand by Davol Inc, C R Bard Inc. (Pruitt, Lyn) (Entered: 08/28/2006) |
| 08/28/2006 | 8 | MOTION to Dismiss *Counts III, IV, V, VI, and VII* by Davol Inc, C R Bard Inc. (Pruitt, Lyn) (Entered: 08/28/2006) |
| 08/28/2006 | 9 | BRIEF IN SUPPORT filed by Davol Inc, C R Bard Inc re 8 Motion to Dismiss *Defendants' Memorandum of Law in Support of Their Motion to Dismiss Counts III, IV, V, VI and VII.* (Pruitt, Lyn) (Entered: 08/28/2006) |
| 09/06/2006 | 10 | MOTION by pltf for extension of time to respond to 8 defts' motion to dismiss. (vjt) (Entered: 09/06/2006) |
| 09/06/2006 | 11 | ORDER granting pltf's motion for extension of time 10 until 10/10/06 to respond to defts' motion to dismiss 8. Signed by Judge J. Leon Holmes on 9/6/06. (vjt) (Entered: 09/07/2006) |
| 09/07/2006 | 12 | CERTIFICATE OF MAILING by the Clerk re 11 Order on Motion for Extension of Time to File Response (vjt) (Entered: 09/07/2006) |
| 10/10/2006 | 13 | RESPONSE by pltf to defts' motion to dismiss Counts III, IV, V, VI, and VII 8.(vjt) (Entered: 10/11/2006) |
| 10/10/2006 | 14 | BRIEF IN SUPPORT by pltf re 13 response to motion to dismiss. (vjt) (Entered: 10/11/2006) |
| 10/11/2006 | 15 | ORDER that defts' motion 8 to dismiss Counts III through VII of Carter's complaint is DENIED. Signed by Judge J. Leon Holmes on 10/11/06. (vjt) (Entered: 10/11/2006) |
| 10/11/2006 | 16 | CERTIFICATE OF MAILING by the Clerk re 15 Order on Motion to |

| | | |
|---|---|---|
| | | Dismiss (vjt) (Entered: 10/11/2006) |
| 10/11/2006 | | *** Attorney Joe G. Hollingsworth terminated and removed from the docket for failing to comply with the enrollment procedures that are contained in Local Rule 83.5. (thd) (Entered: 10/11/2006) |
| 10/23/2006 | 17 | *Amended Answer and Affirmative Defenses of C. R. Bard, Inc. and Davol, Inc.* ANSWER to Complaint with Jury Demand by Davol Inc, C R Bard Inc.(Pruitt, Lyn) (Entered: 10/23/2006) |
| 10/27/2006 | 18 | INITIAL SCHEDULING ORDER (DOC): Rule 26(f) Conference to occur by 12/5/2006; Rule 26(f) Report due by 12/19/2006; proposed jury trial date the week of 9/17/2007 in Little Rock.(cdw) (Entered: 10/27/2006) |
| 10/27/2006 | 19 | CERTIFICATE OF MAILING by the Clerk re 18 Initial Scheduling Order (cdw) (Entered: 10/27/2006) |
| 12/13/2006 | 20 | MOTION by pltf to defer Rule 26(f) Report. (vjt) (Entered: 12/13/2006) |
| 12/18/2006 | 21 | AMENDED INITIAL SCHEDULING ORDER (DOC): Rule 26(f) Conference to occur by 1/5/2007; Rule 26(f) Report due by 1/19/2007; proposed jury trial date the week of 10/29/2007.(cdw) (Entered: 12/18/2006) |
| 12/18/2006 | 22 | CERTIFICATE OF MAILING by the Clerk re 21 Amended Initial Scheduling Order (cdw) (Entered: 12/18/2006) |
| 12/18/2006 | 23 | ORDER denying as moot 20 Plaintiff's Motion to Defer Rule 26(f) Report . Signed by Judge J. Leon Holmes on 12/18/2006. (thd) (Entered: 12/18/2006) |
| 12/18/2006 | 24 | CERTIFICATE OF MAILING by the Clerk re 23 Order.(thd) (Entered: 12/18/2006) |
| 12/18/2006 | 25 | AMENDED MOTION by pltf to defer Rule 26(f) Report. (vjt) (Entered: 12/19/2006) |
| 01/03/2007 | | ***Motions terminated: 25 AMENDMENT TO MOTION to Continue filed by Carolene Jean Carter MOOT due to entry of Order 23 entered on 12/18/2006. (cdw) (Entered: 01/03/2007) |
| 01/19/2007 | 26 | REPORT of Rule 26(f) Planning Meeting by C R Bard Inc *Joint Rule 26 (f) Report*. (Gausepohl, Dana) (Entered: 01/19/2007) |
| 03/01/2007 | 27 | MOTION to Extend Time *to Make Initial Disclosures* by Carolene Jean Carter (Hodges, David) (Entered: 03/01/2007) |
| 03/02/2007 | 28 | Amended MOTION to Extend Time *for Initial Disclosures* by Carolene Jean Carter (Hodges, David) (Entered: 03/02/2007) |
| 03/02/2007 | 29 | ORDER granting pltf's motion 27 28 for extension of time until 4/12/07 in which to make initial disclosures. Signed by Judge J. Leon Holmes on 3/2/07. (vjt) (Entered: 03/02/2007) |

Case 1:07-cv-01844-ML-LDA Document 2 Filed 07/05/2007 Page 5 of 5

| | | |
|---|---|---|
| 03/21/2007 | 30 | MEMORANDUM *Defendants C.R. Bard, Inc. and Davol Inc.'s Memorandum of Law in Opposition to Plaintiffs' Motion for Transfer, Coordination, and Consolidation of Actions* (Attachments: # 1 Document Characteristics of Federal Lawsuits# 2 Document Patient Management Information)(Gausepohl, Dana) (Entered: 03/21/2007) |
| 06/29/2007 | 31 | TRANSFER ORDER (MDL-Docket No. 1842 - In Re: Kugel Mesh Hernia Patch Products Liability Litigation) - Case transferred to the District of Rhode Island. (vjt) (Entered: 07/02/2007) |
| 06/29/2007 | | Case transferred to District of Rhode Island. Certified copy of transfer order and docket sheet, along with docket entries 1 - 31 were forwarded to the District of Rhode Island electronically, pursuant to their request. (vjt) (Entered: 07/02/2007) |
| 06/29/2007 | | (Court only) ***Set Flags: MDL, TRANSFER OUT (vjt) (Entered: 07/02/2007) |