FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
AUG 21 2006
JAMES W. McCORMACK, CLERK
By: DEP CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CAROLENE JEAN CARTER,

Plaintiff

v.

DAVOL INC., a Rhode Island corporation; C. R. BARD, INC., a New Jersey corporation; JOHN DOE I; JOHN DOE II; JOHN DOE III; JOHN DOE IV; and JOHN DOE V,

Defendants.

Civil Action No.: 4-06 CV00001012 JLH

This case assigned to District Judge Holmes
and to Magistrate Judge Jones

## NOTICE OF REMOVAL

Defendants Davol Inc. and C. R. Bard, Inc. ("Defendants"), by their undersigned counsel, hereby remove the above-captioned matter from the Circuit Court of Perry County, Arkansas, to the United States District Court for the Eastern District of Arkansas, Western Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. In support of removal, Defendants respectfully state:

1. Plaintiff filed this action in the Circuit Court of Perry County, Arkansas, on July 13, 2006. Defendants were served on July 31, 2006.

2. As more fully set forth below, this case is properly removed to this Court pursuant to 28 U.S.C. § 1441 because Defendants have satisfied the procedural requirements for removal, and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1441(a).

## I. Defendants Have Satisfied the Procedural Requirements for Removal

3. Removal is timely. Defendants were served with a copy of the Complaint on July 31, 2006. *See* Exhibit A (copy of all process, pleadings, and orders served upon, including the summons and complaint). This Notice of Removal is being filed within 30 days of the first date on which Defendants received a copy of the Complaint through service, and so is timely pursuant to 28 U.S.C. § 1446(b).

4. Venue is proper. The Circuit Court of Perry County, Arkansas is located within the Eastern District of Arkansas, Western Division 4, and, therefore, venue is proper in this Court pursuant to 28 U.S.C. § 83(a)(2) because it is "the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

5. No further proceedings have been had in the state court action.

6. No previous application has been made for the relief requested herein.

7. A copy of the written notice required by 28 U.S.C. § 1446(d) is attached as Exhibit B and is being filed in the Circuit Court of Perry County, Arkansas and served on Plaintiff.

## II. Removal is Proper in This Case

8. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because this is a civil action between citizens of different states and the amount in controversy exceeds the sum of $75,000 exclusive of costs and interest.

### A. Complete diversity exists between Plaintiff and Defendants.

9. The Complaint states that the Plaintiff is a resident of 243 Welcome Home Road, Casa, Perry County, Arkansas. *See* Compl. ¶ 3.

10. Davol and Bard are, and have been at all relevant times, corporations incorporated under the law of the States of Rhode Island and New Jersey respectively, *see* Compl. ¶¶ 4 & 5, with their principal places of business in those respective states as well. For purposes of determining jurisdiction pursuant to 28 U.S.C § 1332(c)(1), therefore, Davol and Bard are not citizens of the state of Arkansas.

11. The naming of fictitious defendants, namely John Does I through V, is disregarded in making determinations regarding removal. *See* 28 U.S.C. § 1441(a).

**B. The amount in controversy requirement is satisfied.**

12. The Complaint states "Plaintiff seeks damages against the Defendants for a sum in excess of the limits for federal court jurisdiction." Compl. ¶ 31.

WHEREFORE, Defendants respectfully remove this action from the Circuit Court of Perry County, Arkansas to this Court pursuant to 28 U.S.C. § 1441.

Respectfully submitted,

MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201
(501) 688-8800

Lyn P. Pruitt
Lyn P. Pruitt
Arkansas Bar No. 84121

Attorneys for Defendants
C.R. BARD, INC. and DAVOL INC.

Of Counsel:

Joe G. Hollingsworth
Kirby T. Griffis
Dana Alan Gausepohl
Spriggs & Hollingsworth
1350 I Street N.W.
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)

**Certificate of Service**

I hereby certify that a copy of the foregoing was mailed to the parties listed below by first-class U. S. Mail, postage prepaid, this 21st day of August, 2006:

David A. Hodges
Attorney at Law
212 Center Street, Fifth Floor
Little Rock, AR 72201-2429

Callis L. Childs
Attorney at Law
243 Highway 64 East
Conway, AR 72032

Lyn P. Pruitt
Lyn P. Pruitt

IN THE CIRCUIT COURT OF PERRY COUNTY, ARKANSAS
CIVIL DIVISION

**SUMMONS**

PLAINTIFFS:

CAROLENE JEAN CARTER

vs. CASE NUMBER CIVIL 2006-50

DEFENDANTS:

DAVOL INC.; C. R. BARD, INC.;
JOHN DOE 1; JOHN DOE II;
JOHN DOE III; JOHN DOE IV;
and JOHN DOE V

Plaintiff's attorney:

Mr. David A. Hodges
Attorney at Law
Centre Place
212 Center Street, Fifth Floor
Little Rock, AR 72201
(501) 374-2400

THE STATE OF ARKANSAS TO DEFENDANT: C. R. BARD, INC.

**NOTICE**

1. You are hereby notified that a lawsuit has been filed against you; the relief asked is stated in the attached complaint.

2. The attached complaint will be considered admitted by you and a judgment by default may be entered against you for the relief asked in the complaint unless you file a pleading and thereafter appear and present your defense. Your pleading or answer must meet the following requirements:

A. It must be in writing, and otherwise comply with the Arkansas Rules of Civil Procedure.

B. It must be filed in the court clerk's office within 30 days from the day you were served with this summons.

3. If you desire to be represented by an attorney you should immediately contact your attorney so that an answer can be filed for you within the time allowed.

4. Additional notices:

Witness my hand and the seal of the court this July 18, 2006.
(date)

Address of Clerk's Office:

310 West Main Street
Perryville, AR 72126

Barbara Lovell, Clerk
CLERK

[SEAL] By Patricia May D.C.

EXHIBIT A

STATE OF ARKANSAS

COUNTY OF ____________

I, ________________________, Sheriff of ________________

County, Arkansas, do hereby certify that I did on the ______ Day of ________

________, 2006, duly serve the foregoing Notice, together with a copy of the Complaint, upon the above defendant(s).

______________________________________________

________________ Sheriff

By: ______________________ D.S.

David A. Hodges
Attorney at Law
Centre Place • Fifth Floor
212 Center Street
Little Rock, Arkansas 72201-2429

LITTLE ROCK OFFICE:
Telephone: 501-374-2400
Facsimile: 501-374-8926
Toll Free: 1-800-642-8082

FORREST CITY OFFICE:
2900 W. Broadway Avenue
Forrest City, Arkansas 72336
1-800-642-8082

WRITER'S E-MAIL:
david@hodgeslaw.com

July 28, 2006

RECEIVED
JUL 31 2006
C.R.BARD, INC
LAW DEPT.

C. R. Bard, Inc.
c/o Nadia J. Bernstein
Registered Agent
730 Central Avenue
Murray Hill, NJ 07974

Re: Carolene Jean Carter vs. Davol, Inc., C. R. Bard, Inc., et al.
Perry County, Arkansas Circuit Court No. Civil 2006-50

Dear Madam or Sir:

Enclosed herewith please find a copy of a Summons with attached Complaint which has been filed in the above-captioned matter. Please read over these documents very carefully. You will see that the defendant has thirty (30) days from date of this service upon you within which to file an answer or other responsive pleading.

With warmest and best personal regards, I am,

Sincerely yours,

David Hodges

DAVID HODGES

DH/dm/032

Enclosures

CERTIFIED MAIL NO. 7006 0810 0000 4625 4865
RETURN RECEIPT REQUESTED
RESTRICTED DELIVERY