IN THE CIRCUIT COURT OF PERRY COUNTY, ARKANSAS

CAROLENE JEAN CARTER PLAINTIFF

4:06CV001012JLH

VS. NO. CV 2006-50

DAVOL INC.; C. R. BARD, INC.;
JOHN DOE I, JOHN DOE II,
JOHN DOE III, JOHN DOE IV
and JOHN DOE V DEFENDANTS

## AFFIDAVIT AS TO UNKNOWN TORTFEASORS

State of Arkansas )
) ss.
County of Pulaski )

I am David Hodges, attorney for the Plaintiff. Pursuant to Ark. Code Ann. § 16-56-125, the Complaint alleges a cause of action against five (5) unknown tortfeasors as John Does I - V.

The identity of the other tortfeasors is unknown and, therefore, under the provisions of Ark. Code Ann. § 16-56-125 (1989), the plaintiff reserves the right to file a Complaint against unknown tortfeasors when their identities are determined.

[signature]

DAVID HODGES

FILED
JUL 13 2006
BARBARA LOVELL
CIRCUIT CLERK
PERRY COUNTY

**VERIFICATION**

State of Arkansas )
) ss.
County of Pulaski )

On this day personally appeared before me David Hodges and states that the above and foregoing is true and correct to the best of his knowledge and belief.

WITNESS MY HAND and official seal this 12th day of July, 2006.

Christine J. Haupt
NOTARY PUBLIC

My Commission Expires:

5-26-13

(Seal)

Christine J. Haupt
County Of Pulaski
Notary Public - Arkansas
My Commission Exp. 05/26/2013

IN THE CIRCUIT COURT OF PERRY COUNTY, ARKANSAS

CAROLENE JEAN CARTER, )
)
Plaintiff )
)
v. ) Civil Action No.: CV 2006-50
)
DAVOL INC., a Rhode Island corporation; )
C. R. BARD, INC., a New Jersey corporation; )
JOHN DOE I; JOHN DOE II; JOHN DOE III; )
JOHN DOE IV; and JOHN DOE V, )
)
Defendants. )

**TO:** David A. Hodges, Esq.
Attorney at Law
212 Center Street, Fifth Floor
Little Rock, AR 72201-2429
***Counsel for Plaintiff***

Callis L. Childs, Esq.
Attorney at Law
243 Highway 64 East
Conway, AR 72032
***Counsel for Plaintiff***

**NOTICE OF FILING OF NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that this action has been removed to the United States District Court for the Eastern District of Arkansas, Western Division ("District Court") by the filing of the attached Notice of Removal with the Clerk of the District Court on August 21, 2006. A copy of this notice is on file with the District Court. The Circuit Court of Perry County, Arkansas may proceed no further unless or until this case is remanded.

EXHIBIT
tabbies
B

Respectfully submitted,

MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201
(501) 688-8800

Lyn P. Pruitt

Lyn P. Pruitt
Arkansas Bar No. 84121

Attorneys for Defendants
C.R. BARD, INC. and DAVOL INC.

Of Counsel:

Joe G. Hollingsworth
Kirby T. Griffis
Dana Alan Gausepohl
Spriggs & Hollingsworth
1350 I Street N.W.
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)

**Certificate of Service**

I hereby certify that a copy of the foregoing was mailed to the parties listed below by first-class U. S. Mail, postage prepaid, this 21st day of August, 2006:

David A. Hodges
Attorney at Law
212 Center Street, Fifth Floor
Little Rock, AR 72201-2429

Callis L. Childs
Attorney at Law
243 Highway 64 East
Conway, AR 72032

Lyn P. Pruitt

Lyn P. Pruitt