**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS WESTERN DIVISION**

| | | |
|---|---|---|
| CAROLENE JEAN CARTER,<br><br>Plaintiff<br><br>v.<br><br>DAVOL INC., a Rhode Island corporation; C. R. BARD, INC., a New Jersey corporation; JOHN DOE I; JOHN DOE II; JOHN DOE III; JOHN DOE IV; and JOHN DOE V,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.: 4-06 CV00001012 JLH |

**DEFENDANTS' MOTION FOR ADMISSION OF**
**KIRBY T. GRIFFIS AND DANA ALAN GAUSEPOHL *PRO HAC VICE***

TO THE HONORBLE JUDGE OF SAID COURT:

COMES NOW, Kirby T. Griffis and Dana Alan Gausepohl of the law firm of Spriggs & Hollingsworth, 1350 I Street N.W., Washington, D.C. 20005; (202) 898-5800; (202) 682-1639 (facsimile), in the above-entitled and numbered cause, to file this Motion to Appear *Pro Hac Vice* as an attorney-of-record for Defendants C.R. Bard, Inc. ("Bard") and Davol Inc. ("Davol") pursuant to Local Rule 83.5(d), and in support thereof show as follows:

1. Kirby T. Griffis is licensed to practice law in the District of Columbia but are not currently admitted to practice in the federal or state courts of the state of Arkansas. Dana Alan Gausepohl is licensed to practice law in the states of Maryland and New York and the District of Columbia, but is not currently admitted to practice in the federal or state courts of the state of Arkansas. Kirby T. Griffis and Dana Alan Gausepohl are applying for admission to appear *pro hac vice* before the United States District Court for the Eastern District of Arkansas.

2. The undersigned have been retained by Defendants as defense counsel and hereby request leave to appear *pro hac vice* in this Court. Defendant has retained Lyn Pruitt, Esq., of the law firm of Mitchell Williams Selig Gates & Woodyard in Little Rock, Arkansas as local defense counsel. Ms. Pruitt is a member in good standing of the Arkansas Bar and the United States District Courts for the Eastern and Western District of Arkansas. Ms. Pruitt may be served with all pleadings, motions, notices, and other papers in this case conforming to the Federal Rules of Civil Procedure and Rules of this Court.

3. Kirby T. Griffis is a duly licensed attorney and a member in good standing, admitted to practice in the Commonwealth of Virginia since 1995, and a duly licensed attorney and a member in good standing of the bar in the District of Columbia since 1997. In addition, he is admitted to the United States Court of Appeals for the Fourth Circuit, United States Court of Appeals for the Seventh Circuit, United States Court of Appeals for the Tenth Circuit, United States District Court for the Eastern District of Virginia, United States District Court for the Western District of Virginia, United States District Court for the Central District of Illinois, and the District of Columbia Court of Appeals. At no time has he been the subject of any disciplinary action or investigation, contempt, or other proceedings pending before any Court.

4. Dana Alan Gausepohl is a duly licensed attorney and a member in good standing, admitted to practice in the states of Maryland and New York since 2002 and the District of Columbia since 2003. In addition, he is admitted to the Appellate Division of the Supreme Court of the State of New York, Third Department, the Court of Appeals for the State of Maryland, the Court of Appeals for the District of Columbia, the United States District Court for the District of Columbia and the United States District Court for the District of Maryland. At no time has he

been the subject of any disciplinary action or investigation, contempt, or other proceedings pending before any Court.

5. By appearing in this case with permission of the Court, the undersigned attorneys acknowledge that they become subject to the Rules of this Court as members of the bar of this District and are familiar with the Rules governing the conduct of its members as outlined in the Court's Local Rules. Applicants hereby acknowledge that they will abide by and comply with those Rules.

6. The undersigned acknowledges that Kirby T. Griffis and Dana Alan Gausepohl are reputable attorneys and recommends that they be admitted to practice before the United States District Court for the Eastern District of Arkansas.

WHEREFORE, for the foregoing reasons, it is respectfully requested that Kirby T. Griffis and Dana Alan Gausepohl be admitted *pro hac vice* for the purpose of the representation of defendants in this action.

Respectfully submitted,

/s/ Lyn P. Pruitt
Arkansas Bar No. 84121
Mitchell Williams Selig Gates & Woodyard, P.L.L.C.
425 West Capitol Avenue
Suite 1800
Little Rock, AR 72201-3525
(501) 688-8800 main
(501) 688-8807 fax
*lpruitt@mwsgw.com*

BY: ______________________________
Kirby T. Griffis
D.C. Bar No. 453091

BY: ______________________________
Dana Alan Gausepohl
N.Y. Bar No. 4030128
D.C. Bar No. 481170

SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W.
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (facsimile)

ATTORNEYS FOR DEFENDANTS,
C.R. BARD, INC. AND DAVOL INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2006, I electronically filed the foregoing Memorandum in Support of C. R. Bard, Inc.'s and Davol Inc.'s Motion to Dismiss with the Clerk of Court using the CM/ECF system and mailed the document by United States Postal Service to the following non CM/ECF participants:

David A. Hodges, Esq.
Attorney at Law
Centre Place – Fifth Floor
212 Center Street
Little Rock, Arkansas, 72201-2429

Callis L. Childs, Esq.
Attorney at Law
243 Highway 64 East
Conway, Arkansas 72032

**/s/ Lyn P. Pruitt**
**Arkansas Bar No. 84121**