**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

CAROLENE JEAN CARTER PLAINTIFF

v. No. 4:06CV01012 JLH

DAVOL INC., a Rhode Island Corporation;
C.R. BARD, INC., a New Jersey Corporation;
JOHN DOE I; JOHN DOE II; JOHN DOE III;
JOHN DOE IV; and JOHN DOE V DEFENDANTS

**ORDER**

Lyn P. Pruitt of the law firm of Mitchell Williams Selig Gates & Woodyard, P.L.L.C., local counsel for defendants C.R. Bard, Inc., and Davol Inc., has filed a motion for admission *pro hac vice* of Kirby T. Griffis and Dana Alan Gausepohl of the law firm of Spriggs & Hollingsworth. The motion is GRANTED. Mr. Griffis and Mr. Gausepohl are admitted to the bar of this Court for the limited purpose of representing defendants C.R. Bard, Inc., and Davol Inc., in this action.

IT IS SO ORDERED this 28th day of August, 2006.

J. Leon Holmes

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE