Case 4:07-cv-00401-JMM Document 13 Filed 07/05/2007 Page 1 of 3

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 10 2006
JAMES W. McCORMACK, CLERK
By: DEP CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CAROLENE JEAN CARTER PLAINTIFF

V. NO. 4-06CV00001012 JLH

DAVOL, INC., C.R. BARD, INC.,
JOHN DOE I, JOHN DOE II,
JOHN DOE III, JOHN DOE IV,
and JOHN DOE V DEFENDANTS

**PLAINTIFF'S RESPONSE TO
DEFENDANTS' MOTION TO DISMISS
COUNTS III, IV, V, VI, AND VII**

COMES NOW, the Plaintiff, Carolene Jean Carter, represented by her attorneys, David A. Hodges and Callis L. Childs, and for her Response to Defendants' Motion to Dismiss Counts III, IV, V, VI, and VII, states the following:

1. The Defendants' arguments regarding notice are not well founded.

2. Ms. Carter has stated a prima facie claims for breach of implied warranty of merchantability and for breach of implied warranty of fitness for a particular purpose.

3. The Defendants knew the ordinary purpose of the Bard Mesh and the particular purpose for which it was used in this case. Here, the ordinary purpose for which the Bard Mesh was designed and the particular purpose for

which it was used are the same. Therefore, the breach of implied warranty claims merge, and it is improper to dismiss either claim.

4. Ms. Carter has stated a prima facie claim for breach of express warranty.

5. The doctrine of res ipsa loquitur is applicable to Ms. Carter's negligence claim and is properly pleaded in her Complaint.

6. Ms. Carter has stated a prima facie claim for breach of contract.

7. An enforceable sale contract for the Bard Mesh existed between Ms. Carter and the Defendants, which the Defendants breached by selling her a defective product.

8. The Court is referred to the Brief in Support of Plaintiff's Response to Defendants Motion to Dismiss Counts III, IV, V, VI, and VII, which is incorporated by reference as if fully stated herein.

WHEREFORE, Ms. Carter respectfully requests that the Defendants' Motion to Dismiss Counts III, IV, V, VI, and VII be dismissed in its entirety. Ms. Carter also requests attorneys' fees and costs, as well as all other just and proper relief to which she is entitled.

**CAROLENE JEAN CARTER, Plaintiff**

By:______________________________
DAVID A. HODGES
Attorney at Law
212 Center Street, Fifth Floor
Little Rock, AR 72201-2429
Arkansas Bar No. 65021
Telephone: 501-374-2400
Facsimile: 501-374-8926
E-Mail: david@hodgeslaw.com

and

CALLIS L. CHILDS
Attorney at Law
243 Highway 64 East
Conway, AR 72032

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that he has served a copy of the foregoing pleading upon attorneys for all other parties in this action by placing same, properly addressed, in the United States mail, with sufficient postage to insure delivery, this 9 day of October, 2006.

______________________________
DAVID HODGES