FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 13 2006

JAMES W. McCORMACK, CLERK
By: ____________ DEP CLERK

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**CAROLENE JEAN CARTER** **PLAINTIFF**

**VS.** **NO. 4-06-CV-1012-JLH**

**DAVOL, INC., a Rhode Island Corporation;**
**C.R. BARD, INC., a New Jersey Corporation;**
**JOHN DOE I; JOHN DOE II; JOHN DOE III;**
**JOHN DOE IV; and JOHN DOE V** **DEFENDANTS**

**MOTION TO DEFER RULE 26(f) REPORT**

1. A Rule 26(f) Report is due in this case, on or before December 19, 2006.

2. The attorneys have conferred and they have agreed that a new trial date is necessary because of the conflict with the proposed trial date in this case of September 17, 2007, on the part of the attorney for the Plaintiff, David Hodges, and, therefore, the parties ask the Court to defer or delay the filing of a Rule 26(f) Report until the Court can determine whether or not a new trial date can be established.

3. David Hodges, on behalf of the Plaintiff, has sent a letter to the Court asking for a new trial date.

4. Attorneys for the Defendants have made suggestions to the Court, concerning Scheduling Orders, that may be in addition to what is normally put

in the Scheduling Order and, therefore, the attorneys have made a good faith effort to comply with the requirement, but under the circumstances, in view of the fact that the parties asked for a new trial date, the parties believe that the Rule 26(f) Report due on or about December 19, 2006, should be deferred or cancelled, subject to a new Scheduling Order being established if the Court allows the parties to have a new trial date.

**CAROLENE JEAN CARTER, PLAINTIFF**

**By:** David A. Hodges

**DAVID A. HODGES**
**Attorney at Law**
**Centre Place Building**
**212 Center Street, Fifth Floor**
**Little Rock, Arkansas 72201-2429**
**Arkansas Bar No. 65021**
**Telephone: (501) 374-2400**
**Facsimile: (501) 374-8926**
**E-Mail: david@hodgeslaw.com**
**Web: www.hodgeslaw.com**

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that he has served a copy of the foregoing pleading upon attorneys for all other parties in this action by placing same, properly addressed, in the United States Mail, with sufficient postage to insure delivery, this 13th day of December, 2006.

David Hodges

**DAVID HODGES**