***IN THE UNITED STATES DISTRICT COURT***
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

CAROLENE JEAN CARTER — PLAINTIFF

v. — NO. 4:06CV01012 JLH

DAVOL, INC., *et al.* — DEFENDANTS

**ORDER**

Plaintiff's Motion to Defer Rule 26(f) Report is denied as moot. Docket #20. An Amended Initial Scheduling Order has been entered with a new proposed trial date and deadlines. Should the parties have future conflicts with the new proposed trial date, it should be addressed in the Rule 26(f) Report.

IT IS SO ORDERED this 18th day of December, 2006.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE